# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 114 MM 2022

Respondent      :

v.      :

JAMES MERRILL BROWNING,      :

Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the *pro se* Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DISMISSED, WITHOUT PREJUDICE. Counsel, whom the Court of Common Pleas of Schuylkill County appointed on January 30, 2023, may file a counseled Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* within 30 days.